# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BRENTON WAYNE TROTTER, an individual and DOORTEC, LLC, an Oklahoma Limited Liability Company, f/k/a<br>TROTTER DOORS, LLC, an Oklahoma limited liability company,<br><br>         Plaintiffs,<br><br>v.<br><br>AMERICAN MODERN SELECT INSURANCE COMPANY, a corporation,<br><br>         Defendant. | Case No.: 5:15-cv-00024-HE |

## STIPULATION OF DISMISSAL

Plaintiffs Brenton Wayne Trotter, an individual and DoorTec, LLC, an Oklahoma Limited Liability Company, f/k/a Trotter Doors, LLC, an Oklahoma limited liability company and Defendant American Modern Select Insurance Company, a corporation, pursuant to Fed. R. Civ. P. 41(a)(2), hereby file this stipulation of dismissal of Plaintiffs' Complaint, agreeing as follows:

It is hereby stipulated by and between the undersigned counsel that the action filed by Plaintiffs be dismissed in its entirety with prejudice, with each party bearing its own attorneys' fees and costs.

So ORDERED this _____ day of _____, 2017.

_____
Joe Heaton, Chief Judge
United States District Court
Western District of Oklahoma

**CONSENTED TO BY:**

**FIELDS HOWELL LLP**

| | |
|---|---|
| 1180 W. Peachtree Street, Suite 1600 | */s/ Taryn M. Kadar* |
| Atlanta, Georgia 30309 | Paul L. Fields, Jr. |
| Telephone:404.214.1250 | Georgia Bar No.: 003420 |
| Facsimile: 404.214.1251 | Taryn M. Kadar |
| E-mail:   pfields@fieldshowell.com | Georgia Bar No.: 708106 |
|              tkadar@fieldshowell.com | |

**PERRINE, REDEMANN, BERRY, TAYLOR & SLOAN, P.L.L.C.**

| | |
|---|---|
| P.O. Box 1710 | */s/ Robert P. Redemann* |
| Tulsa, Oklahoma 74101 | Robert P. Redemann, OBA No.: 7454 |
| Telephone:  918-382-1400 | |
| Facsimile :  918-382-1499 | *Counsel for Defendant,* |
| E-mail:     rredemann@pmrlaw.net | *American Modern Select Insurance Co.* |

**MANSELL ENGEL & COLE**

| | |
|---|---|
| 101 Park Avenue, Suite 665 | */s/ Kenneth G. Cole* |
| Oklahoma City, OK 73102 | Steven S. Mansell, OBA No.: 10584 |
| Telephone: 405.232.4100 | Mark A. Engel, OBA No.: 10796 |
| Facsimile: 405.232.4140 | Kenneth G. Cole, OBA No.: 11792 |
| E-mail:     mec@meclaw.net | |
| | *Counsel for Plaintiffs.* |
| | *Brent Trotter, Doortec, LLC, f/k/a* |
| | *Trotter Doors, LLC* |